# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

TIMOTHY EVANS
ADC #087824                                                                                    PLAINTIFF

V.                                   NO. 5:19-CV-00167-BRW

ALEX GUYAN, Judge, Jefferson                                                    DEFENDANTS
County Circuit Court, *et al*.

## ORDER

Plaintiff Timothy Evans ("Plaintiff"), in custody at the W.C. Dub Brassell Adult Detention Center, filed this case *pro se* under 42 U.S.C. § 1983.[1] Plaintiff asked for leave to proceed *in forma pauperis*, but his application was denied because it was incomplete.[2] On May 15, 2019, I directed Plaintiff to either submit a complete *in forma pauperis* application or pay the filing fee within 30 days.[3] I advised Plaintiff that failure to do one or the other would result in the dismissal of his case.[4] Plaintiff has not submitted a complete *in forma pauperis* application or paid the filing fee, and the time for doing so has passed. Accordingly, Plaintiff's complaint is DISMISSED without prejudice.[5]

IT IS SO ORDERED this 19th day of June, 2019.

                                                Billy Roy Wilson                
                                                UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 2.

[2] Doc. Nos. 1, 3.

[3] Doc. No. 3.

[4] *Id*.

[5] Local Rule 5.5(c)(2).