IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TIMOTHY EVANS**
**ADC #087824**                                                                                                          **PLAINTIFF**

**V.**                                           **NO. 5:19-CV-00167-BRW**

**ALEX GUYAN, Judge, Jefferson**                                                                     **DEFENDANTS**
**County Circuit Court,** *et al.*

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 19th day of June, 2019.

                                                  Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE